UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES C. CARNEY,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>Defendant. | 2:20-CV-12599-TGB-RSW |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **GRANTING** Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 11) and **DENYING** Defendant's Motion for Judgment on the Administrative Record (ECF No. 12), judgment is entered in favor of Plaintiff and it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  March 31, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE